## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEL RICH and JESSE LOPEZ, on behalf of themselves and others similarly situated,<br><br>  Plaintiffs,<br>v.<br><br>MOTT'S LLP, a Delaware Limited Liability Partnership<br><br>  Defendant. | Case No. 25-cv-00243-GBW |

## STIPULATION AND [PROPOSED] ORDER REGARDING MOTION TO DISMISS BRIEFING SCHEDULE

WHEREAS, Plaintiffs Mel Rich and Jesse Lopez (together, "Plaintiffs") filed a Class Action Complaint (D.I. 1, the "Complaint") on March 3, 2025;

WHEREAS, Plaintiffs effectuated service of the Complaint on Defendant Mott's LLP ("Defendant") on March 10, 2025 (D.I. 3);

WHEREAS, Defendant has indicated to Plaintiffs that it intends to move to dismiss the Complaint (the "Motion"); and

WHEREAS, the parties have met and conferred about a proposed schedule on the Motion;

NOW, THEREFORE, the parties, subject to the Court's approval, agree to the following:

1. Defendant shall file the Motion and opening brief in support thereof by April 30, 2025.

3. Plaintiffs shall file any opposition to the Motion by May 30, 2025.

4. Defendant shall file any reply to the Motion by June 20, 2025.

Case 1:25-cv-00243-GBW   Document 7   Filed 04/01/25   Page 2 of 2 PageID #: 38

|  |  |
|---|---|
| COOCH AND TAYLOR P.A. | POTTER ANDERSON & CORROON LLP |
| By: */s/ R. Grant Dick IV*<br>R. Grant Dick IV (#5123)<br>Kevin D. Levitsky (#7228)<br>1000 N. West Street, Suite 1500<br>Wilmington, DE 19801<br>(302) 984-3800<br>gdick@coochtaylor.com<br>klevitsky@coochtaylor.com<br><br>*Counsel for Plaintiffs* | By: */s/ Jennifer C. Wasson*<br>Jennifer C. Wasson (#4933)<br>Tyler E. Cragg (#6398)<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE  19801<br>(302) 984-6000<br>jwasson@potteranderson.com<br>tcragg@potteranderson.com<br><br>Charles C. Sipos (*pro hac vice forthcoming*)<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA  98101-3099<br>(206) 359-8000<br>CSipos@perkinscoie.com<br><br>Jasmine W. Wetherell (*pro hac vice forthcoming*)<br>PERKINS COIE LLP<br>1888 Century Pk. E., Ste. 1700<br>Los Angeles, CA 90067-1721<br>(310) 788-9900<br>JWetherell@perkinscoie.com<br><br>*Counsel for Defendants* |

IT IS HEREBY SO ORDERED.


Dated: _____            _____
                                         The Honorable Gregory B. Williams