## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEL RICH and JESSE LOPEZ, on behalf of themselves and others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br>　v.<br><br>MOTT'S LLP, a Delaware Limited Liability Partnership<br><br>　　　　　　　　Defendant. | Case No. 25-cv-00243-GBW |

### NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on February 17, 2026, I caused a true and correct copy of the following: (1) Defendant Mott's LLP's Responses to Plaintiffs' First Set of Interrogatories and (2) Defendant Mott's LLP's Responses to Plaintiffs' First Set of Requests for Productions of Documents to be served by in the manner indicated upon the following counsel of record:

### VIA ELECTRONIC MAIL

Yeremey Krivoshey
Smith Krivoshey, PC
28 Geary St., Suite 650
San Francisco, CA 94108
yeremey@skclassactions.com

Robert Grant Dick, IV
Cooch and Taylor, P.A.
1000 N. West St., Suite 1500
Wilmington, DE 19801
gdick@coochtaylor.com

Joel D. Smith
Smith Krivoshey, PC
867 Boylston St., 5th Floor
Suite # 1520
Boston, MA 02116
joel@skclassactions.com

| | |
|---|---|
| OF COUNSEL:<br><br>Charles C. Sipos (*pro hac vice*)<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>Tel: 206.359.8000<br>CSipos@perkinscoie.com<br><br>Jasmine W. Wetherell (*pro hac vice*)<br>PERKINS COIE LLP<br>1888 Century Pk. E., Ste. 1700<br>Los Angeles, CA 90067-1721<br>Tel: 310.788.9900<br>JWetherell@perkinscoie.com<br><br>Dated: February 17, 2026 | Respectfully submitted,<br><br>POTTER ANDERSON & CORROON LLP<br><br>By: */s/ Tyler E. Cragg*<br>    Jennifer C. Wasson (#4933)<br>    Tyler E. Cragg (#6398)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE 19801<br>    Tel: (302) 984-6000<br>    jwasson@potteranderson.com<br>    tcragg@potteranderson.com<br><br>*Attorneys for Defendant* |