| | | |
|---|---|---|
| MEL RICH and JESSE LOPEZ, on behalf of themselves and others similarly situated, | : | Case No. 1:25-cv-00243-GBW |
| | : | |
| | : | |
| Plaintiffs, | : | |
| | : | CLASS ACTION |
| v. | : | |
| | : | |
| MOTT'S LLP, a Delaware Limited Liability Partnership, | : | JURY TRIAL DEMANDED |
| | : | |
| | : | |
| Defendant. | : | |
| | / | |

## PARTIES' STIPULATION TO EXTEND CLASS CERTIFICATION AND FACT DISCOVERY DEADLINES

Plaintiffs MEL RICH and JESSE LOPEZ and Defendant MOTT'S LLP (collectively the "Parties"), by and through undersigned counsel, file this joint Stipulation to Extend Class Certification and Fact Discovery Deadlines. The Parties hereby stipulate as follows and respectfully request that this Stipulation become the Order of the Court:

1. WHEREAS, Plaintiffs filed the Complaint in this action on March 3, 2025.

2. WHEREAS, Defendant filed a motion to dismiss on April 30, 2025, Plaintiffs filed an opposition on May 30, 2025, and Defendant filed a reply in support of the motion to dismiss on June 20, 2025.

3. WHEREAS, on December 2, 2025, the Court entered the Scheduling Order in this case (D.I. 17), ordering that Plaintiffs file their motion for class certification on or before September 25, 2026, Defendant file its opposition on or before November 20, 2026, and Plaintiffs file a reply on or before January 22, 2027, and ordered that document production shall be substantially complete on or before September 4, 2026. The Court otherwise keyed all remaining pretrial deadlines off an eventual ruling on class certification, such that, e.g., the fact

discovery cut-off would be 90 days after a ruling on class certification, expert reports would be due 120 days after a ruling on class certification, and case dispositive motions would be due 270 days after a ruling on Plaintiffs' class certification motion.

4. WHEREAS, the parties have each served discovery, with Plaintiffs serving an initial set of discovery in November 2025, and Defendant serving an initial set of discovery in May 2026.

5. WHEREAS, on June 25, 2026, the Court issued its Order granting in part and denying in part Defendant's motion to dismiss (Dkt. 29).

6. WHEREAS, prior to the Court's ruling, the parties had conferred and agreed that having the benefit of the Court's ruling on the motion to dismiss would enable the parties to proceed with further fact discovery in a more productive and efficient manner.

7. WHEREAS, given the Court's ruling, the parties require time to discuss the implications of the order on discovery, expert reports, and other pretrial scheduling, and would like to modify the schedule to ensure adequate time to complete discovery, prepare expert reports, and brief class certification.

8. WHEREAS, modifying the deadlines to substantially complete document production, extend fact discovery, and move for class certification will not alter any other dates currently set, as all other dates are keyed off a ruling on class certification.

Therefore, subject to the approval of the Court, the Parties hereby stipulate that the deadline to substantially complete document production be set for November 16, 2026. Plaintiffs' deadline to file for class certification shall be moved to January 8, 2027, Defendant's opposition to Plaintiffs' motion for class certification shall be filed on March 8, 2027, and Plaintiffs' reply in support of the motion for class certification shall be filed on May 9, 2027.

1

Dated: July 10, 2026

Respectfully submitted,

*/s/ Kevin D. Levitsky*
R. Grant Dick IV (#5123)
Kevin D. Levitsky (#7228)
COOCH AND TAYLOR P.A.
1000 N. West Street, Suite 1500
Wilmington, DE 19801
Telephone: 302-984-3800
E-Mail: gdick@coochtaylor.com
          klevitsky@coochtaylor.com

Yeremey O. Krivoshey
SMITH KRIVOSHEY, PC
(*pro hac vice*)
166 Geary Str STE 1500-1507
San Francisco, CA 94108
Telephone: 415-839-7077
Facsimile: (888) 410-0415
E-Mail: yeremey@skclassactions.com

Joel D. Smith
SMITH KRIVOSHEY, PC
(*pro hac vice*)
867 Boylston Street 5th Floor #1520
Boston, MA 02116
Telephone: 617-377-7404
Facsimile: (888) 410-0415
E-Mail: joel@skclassactions.com

*Attorneys for Plaintiffs and the Proposed Class*

Dated: July 10, 2026

Respectfully submitted,

*/s/ Jennifer C. Wasson*
Jennifer C. Wasson (#4933)
Tyler E. Cragg (#6398)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
jwasson@potteranderson.com
tcragg@potteranderson.com

2

- and -

Charles C. Sipos (*pro hac vice*)
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Tel: 206.359.8000
CSipos@perkinscoie.com
Jasmine W. Wetherell (*pro hac vice*)
PERKINS COIE LLP
1888 Century Pk. E., Ste. 1700
Los Angeles, CA 90067-1721
Tel: 310.788.9900
JWetherell@perkinscoie.com

*Attorneys for Defendant*

SO ORDERED this _____ day of July, 2026.

_____
United States District Judge

3