**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

MEL RICH and JESSE LOPEZ, on behalf of themselves and others similarly situated,

Plaintiffs,

v.

MOTT'S LLP, a Delaware Limited Liability Partnership

Defendant.

Case No. 25-cv-00243-GBW

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

WHEREAS, on July 27, 2026; Plaintiffs Mel Rich and Jesse Lopez (together, "Plaintiffs") served Plaintiffs' First Set of Requests for Admission (the "Requests for Admission") on Defendant Mott's LLP ("Defendant"); and

WHEREAS the parties have met and conferred regarding the time for Defendant to serve its responses and objections to the Requests for Admission under Fed. R. Civ. P. 36.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the approval of the Court, that the deadline for Defendant to serve its responses and objections to the Requests for Admission under Fed. R. Civ. P. 36 is extended through and including September 2, 2026.

COOCH AND TAYLOR, P.A.

By: */s/ Robert Grant Dick, IV*
Robert Grant Dick, IV (#5123)
1000 N. West St., Suite 1500
Wilmington, DE 19801
gdick@coochtaylor.com

*Attorneys for Plaintiffs*

POTTER ANDERSON & CORROON LLP

By: */s/ Tyler E. Cragg*
Jennifer C. Wasson (#4933)
Tyler E. Cragg (#6398)
Hercules Plaza, 7th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
jwasson@potteranderson.com
tcragg@potteranderson.com

*Attorneys for Defendant*

SO ORDERED THIS ____ day of ______________________, 2026.

______________________________________
The Honorable Gregory B. Williams
United States District Judge