**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MEL RICH and JESSE LOPEZ, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MOTT'S LLP, a Delaware Limited Liability Partnership<br><br>Defendant. | : | CASE NO. 25-cv-00243-GBW |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for admission pro hac vice of Brittany S. Scott to represent Plaintiffs, Mel Rich and Jesse Lopez, in this matter.

Dated: October 21, 2026

Respectfully submitted,

*/s/ R. Grant Dick IV*
R. Grant Dick IV
COOCH AND TAYLOR P.A.
1000 N. West Street, Suite 1500
Wilmington, DE 19801
Telephone: 302-984-3800
E-Mail: gdick@coochtaylor.com

*Attorneys for Plaintiffs and the Proposed Class*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

________________________ ____________________________________
Date United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted to practicing and in good standing as a member of the Bar of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar

with this Court's Local Rules. In accordance with the Standing Order on Attorney Registration and Pro Hac Vice Fees, I further certify that the fee of $50.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: October 21, 2026

Respectfully submitted,

*/s/ Brittany S. Scott*

Brittany S. Scott
**SMITH KRIVOSHEY, PC**
28 Geary Street, Suite 650 No. 1507
San Francisco, CA 94108
Telephone: 415-839-7077
Facsimile: (888) 410-0415
E-Mail: brittany@skclassactions.com