**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MEL RICH and JESSE LOPEZ, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MOTT'S LLP, a Delaware Limited Liability Partnership,<br><br>Defendant. | : | Case No. 1:25-cv-00243-GBW<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND CLASS CERTIFICATION DEADLINES**

Plaintiffs MEL RICH and JESSE LOPEZ and Defendant MOTT'S LLP (collectively the "Parties"), by and through undersigned counsel, file this joint Stipulation to Extend Class Certification and Fact Discovery Deadlines. The Parties hereby stipulate as follows and respectfully request that this Stipulation become the Order of the Court:

1. WHEREAS, on July 13, 2026, the Court entered an amended, stipulated Scheduling Order in this case (D.I. 31), ordering that Defendant substantially complete document production on or before November 16, 2026, Plaintiffs file their motion for class certification on or before January 8, 2027, Defendant file its opposition on or before March 8, 2027, and Plaintiffs file a reply on or before May 9, 2027. The Court otherwise keyed all remaining pretrial deadlines off an eventual ruling on class certification, such that, e.g., the fact discovery cut-off would be 90 days after a ruling on class certification, expert reports would be due 120 days after a ruling on class certification, and case dispositive motions would be due 270 days after a ruling on Plaintiffs' class certification motion.

2. WHEREAS, Defendant produced nine documents the following month, and

approximately 10,000 pages of documents on October 23, 2026.

3. WHEREAS, Plaintiffs require additional time to (a) analyze the recently produced documents, (b) resolve a potential discovery dispute concerning Defendant's responses to Interrogatory No. 8 and its production of sales data; and (c) work with their experts on class certification related reports over the holidays.

4. WHEREAS, modifying the deadlines to substantially complete document production, extend fact discovery, and move for class certification will not alter any other dates currently set, as all other dates are keyed off a ruling on class certification.

NOW THEREFORE, subject to the approval of the Court, the Parties hereby stipulate that the class certification deadlines are moved back by one month, so that Plaintiffs' deadline to file for class certification shall be moved to February 9, 2027, Defendant's opposition to Plaintiffs' motion for class certification shall be filed on April 8, 2027, and Plaintiffs' reply in support of the motion for class certification shall be filed on June 9, 2027.

Dated: October 30, 2026

Respectfully submitted,

*<u>/s/ R. Grant Dick IV</u>*
R. Grant Dick IV (#5123)
COOCH AND TAYLOR P.A.
1000 N. West Street, Suite 1500
Wilmington, DE 19801
Telephone: 302-984-3800
E-Mail: gdick@coochtaylor.com

Yeremey O. Krivoshey (admitted *pro hac vice*)
Brittany S. Scott (admitted *pro hac vice*)
SMITH KRIVOSHEY, PC
28 Geary Str, Suite 650 # 1507
San Francisco, CA 94108
Telephone: 415-839-7077
Facsimile: (888) 410-0415
E-Mail: yeremey@skclassactions.com
brittany@skclassactions.com

Joel D. Smith (admitted *pro hac vice*)
SMITH KRIVOSHEY, PC
867 Boylston Street 5th Floor #1520
Boston, MA 02116
Telephone: 617-377-7404
Facsimile: (888) 410-0415
E-Mail: joel@skclassactions.com

*Attorneys for Plaintiffs and the Proposed Class*

Dated: October 30, 2026

Respectfully submitted,

*/s/ Tyler E. Cragg*

Jennifer C. Wasson (#4933)
Tyler E. Cragg (#6398)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
jwasson@potteranderson.com
tcragg@potteranderson.com

- and -

Charles C. Sipos (*pro hac vice*)
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Tel: 206.359.8000
CSipos@perkinscoie.com

Jasmine W. Wetherell (*pro hac vice*)
PERKINS COIE LLP
1888 Century Pk. E., Ste. 1700
Los Angeles, CA 90067-1721
Tel: 310.788.9900
JWetherell@perkinscoie.com

*Attorneys for Defendant*

SO ORDERED this ______ day of October, 2026.

_________________________________

United States District Judge